**JONES & DYER**
**A Professional Corporation**
**1800 J Street**
**Sacramento, California 95811**
**Telephone: (916) 552-5959**
**Fax: (916) 442-5959**

**MARK A. JONES, State Bar #96494**
**KRISTEN K. PRESTON, State Bar #125455**

Attorneys for: Defendants Lassen County, John McGarva and Steve Warren

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLONA EGYED, on behalf of herself and as Guardian and Conservator for JASON EGYED, <br><br>Plaintiffs, <br><br>vs. <br><br>LASSEN COUNTY, JOHN McGARVA and STEVE WARREN, <br><br>Defendants. | NO. 2:07-cv-01633-MCE-KJM <br><br>**STIPULATION FOR PROTECTIVE ORDER REGARDING USE OF LASSEN COUNTY SHERIFF'S DEPARTMENT AND DISTRICT ATTORNEY RECORDS** |

It is hereby stipulated by and between all the parties to this action by and through their respective attorneys of record, that in order to protect the confidentiality of the records described below, any of said records disclosed are subject to a protective order (and designated as "Confidential Material") as follows:

    1.    The documents identified in County of Lassen's Initial Disclosure Statement (FRCP 26(a)) in paragraph b thereof, including the following:

        a.    Lassen County Superior Court and Prosecution records (Allona Egyed)

        b.    Lassen County Sheriff's Department records regarding the subject incident - Arrest and Detention Reports

///

///

     2.     Confidential materials shall be used solely in connection with this litigation and the preparation of trial in this case, or any related appellate proceedings, and not for any other purpose, including any other litigation.

     3.     Confidential material may not be disclosed except as set forth in paragraph 5.

     4.     Confidential Material may be disclosed only to the following persons:

     a.     Counsel for any party to this action.

     b.     Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in 4(a);

     c.     Court personnel including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for the trial of this action;

     d.     Any outside expert or consultant retained in connection with this action, and not otherwise employed by either party;

     e.     Any "in house" expert designated by defendant to testify at trial in this matter;

     f.     Witnesses, other than the plaintiff herein, who may have the documents disclosed to them during deposition proceedings; the witnesses may not leave the depositions with copies of the documents, and shall be bound by the provisions of paragraph 5;

     g.     Any Neutral Evaluator or other designated ADR provider; and

     h.     Parties to this action.

Nothing in this paragraph 4 is intended to prevent officials or employees of the County of Lassen, or other authorized government officials from having access to the documents if they would have had access in the normal course of their job duties.  Further, nothing in this order prevents a witness from disclosing event or activities personal to them, i.e., a witness can disclose to others previous information given to the County of Lassen with respect to what she/he saw, heard, or otherwise sensed.

///

///

///

5. Each person to whom disclosure is made, with the exception of counsel who are presumed to know of the contents of this protective order, shall, prior to disclosure: (1) be provided with a copy of this order by the person furnishing him/her such material, and (2) agree on the record or in writing that she/he has read the protective order and that she/he understands the provisions of the protective order. Such person must also consent to be subject to the jurisdiction of the United States District Court, Eastern District, with respect to any proceeding relating to the enforcement of this order. Defendant County of Lassen shall be entitled to retain possession of the original writings described above.

6. At the conclusion of the trial and of any appeal or upon other termination of this litigation, all Confidential Material received under the provisions of this order (including any copies made) shall be delivered back to the County of Lassen. Provisions of this order insofar as they restrict disclosure and use of the material shall be in effect until all Confidential Material (including all copies thereof) are returned to defendant.

7. Any document filed with the Court that reveals Confidential Material shall be filed under seal, labeled with a cover sheet as follows: "Allona Egyed, on behalf of herself and as Guardian and Conservator for Jason Egyed vs. Lassen County, et al., United States District Court, Eastern District, Case No. 2:07 CV 01633 MCE KJM. This document is subject to a protective order issued by the Court and may not be copied or examined except in compliance with that order." Documents so labeled shall be kept by the Clerk under seal and shall be made available only to the Court or counsel. Upon failure of the party to so file a document under seal, the producing party may request that the Court place the filing under seal.

8. Nothing in this order shall preclude a party from showing or disclosing any documents, e.g., deposition transcripts, pleadings or briefs, which otherwise contain Confidential Material as defined in paragraph 1, as long as such document has been redacted so as to prevent disclosure of such Confidential Material.

///

///

///

**STIPULATION FOR PROTECTIVE ORDER**

-3-

9. The foregoing is without prejudice to the right of any party (a) to apply to the Court for a further protective order relating to any other Confidential Material or relating to discovery in this litigation; (b) to apply to the Court for an order removing the Confidential Material designation from any document; and (c) to apply to the Court for an order compelling production of documents or modification of this order or for any order permitting disclosure of Confidential Materials beyond the terms of this order.

Dated:    January 1, 2008              HAGER & HEARNE

                                        By:    /s/  Treva J. Hearne
                                        TREVA J. HEARNE
                                        Attorneys for Plaintiff


Dated:    January 31, 2008             JONES & DYER

                                        By:    /s/ Mark A. Jones
                                        MARK A. JONES
                                        Attorneys for Defendants County of Lassen, John
                                        McGarva and Steven W. Warren

1 **ORDER**

2   The Court having considered the foregoing stipulation of the parties, and good cause
3 appearing, the Court hereby orders that the above-described records relating to this matter, as more
4 specifically described in Paragraph 1 of the Stipulation, be subject to a protective order fully
5 incorporating the provisions set forth above.
6   PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

7  Dated: February 5, 2008

8  _____
9  MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE
10