1  Treva J. Hearne, SBN 159542
   HAGER & HEARNE
2  245 E. Liberty St., Ste. 110
   Reno, NV 89501
3  Tel:   775-329-5800
   Fax:   775-329-5819
4  E-mail: TrevaHearn@aol.com
   Attorney for Plaintiff
5

6                    IN THE UNITED STATES DISTRICT COURT

7                       EASTERN DISTRICT OF CALIFORNIA

8

9  ALLONA EGYED, on behalf of            Case No. 2:07-cv-01633-MCE-KJM
   herself and as Guardian and
   Conservator for JASON EGYED,
10
           Plaintiff,
11     v.
                                         **STIPULATION AND ORDER**
12                                       **TO DISMISS FIRST CLAIM**
   LASSEN COUNTY, JOHN McGARVA            **FOR RELIEF AND FIFTH**
13 and STEVE WARREN,                     **CLAIM FOR RELIEF**

14         Defendants.
   _____/
15
       Plaintiff, ALLONA EGYED, though her counsel, hereby stipulates to
16
   dismiss the false arrest First Claim for Relief and the Fifth Claim for Relief in her
17
   complaint from this action.   Said dismissal is with prejudice.  It is further
18
   stipulated that the Plaintiff and any of the Defendants being dismissed will bear
19
   their own costs, including attorney's fees.
20
       DATED this _____ day of _____, 2008.
21
                                         HAGER & HEARNE
22
                                         _____
23                                       TREVA J. HEARNE, SBN 159542
                                         Attorney for Plaintiff
24                                       245 E. Liberty St., Ste. 110
                                         Reno, NV 89501
25                                       Tele: (775) 329-5800
                                         Attorney for Plaintiff
26 ///

27 ///

28

1     DATED this _____ day of _____, 2008

2                                 JONES & DYER

3

4                                 _____
                                 MARK A. JONES, SBN 96494
                                 1800 J Street

5                                  Sacramento, CA 95811
                                 Tele: (916) 552-5959

6                                  Attorney for Defendants

7

                                 **ORDER**

8

9 _____IT IS SO ORDERED.

10 **Dated:  October 10, 2008**

11

12                                  _____
                                 **MORRISON C. ENGLAND, JR.**
                                 **UNITED STATES DISTRICT JUDGE**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28