UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALLONA EGYED, on behalf of herself and as Guardian and Conservator for JASON EGYED,

    Plaintiff,

    v.

LASSEN COUNTY, JOHN McGARVA and STEVE WARREN,

    Defendants.
_____/

No. 2:07-cv-01633-MCE-KJM

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled.[1]

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before March 13, 2009.

Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

IT IS SO ORDERED.

Dated: February 27, 2009

                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE

---

[1] In light of the Court's Order Re: Settlement and Disposition, the May 1, 2009 Final Pretrial Conference and June 15, 2009 Jury Trial are vacated.