UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALLONA EGYED, on behalf of herself and as Guardian and Conservator for JASON EGYED,

Plaintiff,

v.

LASSEN COUNTY, et al.,

Defendants.
_____/

No. 2:07-cv-01633-MCE-KJM

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of the attorney for plaintiff, the court determined that this case settled as of January 9, 2009.

Plaintiff's counsel is granted an extension of time to file dispositional documents on or before April 20, 2009.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

Dated: April 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE