1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   **Sacramento, California 95811**
3  **Telephone: (916) 552-5959**
   **Fax: (916) 442-5959**
4
   **MARK A. JONES, State Bar #96494**
5
   Attorneys for: Defendants Lassen County, John McGarva and Steve Warren
6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | ALLONA EGYED, on behalf of herself and as ) | NO. 2:07 CV 01633 MCE KJM
   | Guardian and Conservator for JASON EGYED, )
12 |                                            ) | **STIPULATION AND ORDER TO**
   |                          Plaintiffs,       ) | **DISMISS COMPLAINT WITH**
13 |                                            ) | **PREJUDICE**
   | vs.                                        )
14 |                                            )
   | LASSEN COUNTY, JOHN McGARVA and            )
15 | STEVE WARREN,                              )
   |                                            )
16 |                          Defendants.       )
   |                                            )
17 | _____ )

18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Plaintiffs ALLONA EGYED, individually and as guardian and conservator of JASON EGYED, and defendants County of Lassen, John McGarva and Steve Warren, hereby stipulate to dismiss the complaint filed herein with prejudice. It is further stipulated that the parties will bear their own costs, including attorneys fees.

DATED   August 6, 2009   .

HAGER & HEARNE

By:   /s/ Treva Hearne
TREVA HEARNE
Attorneys for Plaintiffs ALLONA EGYED,
on behalf of herself and as Guardian and
Conservator for JASON EGYED

DATED   August 6, 2009.

JONES & DYER

By:   /s/ Mark A. Jones
MARK A. JONES
Attorneys for Defendants Lassen County,
John McGarva and Steve Warren

**ORDER**

IT IS SO ORDERED.

Dated: August 10, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE